AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vecchiarelli, Nancy A. | Northern District of Ohio | 08/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-Full Tim | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Court House
801 West Superior Ave.
Cleveland, OH 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 08/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | U.S. Department of Justice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 08/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ohio Savings, fka AMTRUST BANK (account) | A | Interest | J | T | | | | | |
| 2. FIDELITY BROKERAGE ACCOUNT: | | | | | | | | | |
| 3. -Fidelity Cash Account | A | Int./Div. | L | T | | | | | |
| 4. -Fidelity Contrafund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 5. -Apple (AAPL) | | | | | Buy | 05/26/11 | K | | |
| 6. -Apple (AAPL) | | | L | T | Buy (add'l) | 06/23/11 | K | | |
| 7. Weatherford International (WFT) | | None | | | Sold (part) | 01/25/11 | J | B | |
| 8. Weatherford International (WFT) | | None | | | Sold | 01/27/11 | J | C | |
| 9. Johnson Control Inc (JCI) | A | Dividend | | | Sold | 05/09/11 | J | C | |
| 10. -Fluor Corp New (FLR) | A | Dividend | | | Buy (add'l) | 02/28/11 | J | | |
| 11. -Fluor Corp New (FLR) | A | Dividend | | | Sold (part) | 05/09/11 | J | C | |
| 12. -Fluor Corp New (FLR) | A | Dividend | | | Sold | 06/23/11 | J | A | |
| 13. -EMC Corp. | | None | J | T | | | | | |
| 14. -Alcoa Inc (AA) | A | Dividend | J | T | | | | | |
| 15. -NovaGold Resources Inc. (NG) | | None | | | Buy (add'l) | 01/12/11 | J | | |
| 16. -NovaGold Resources Inc. (NG) | | None | K | T | Buy (add'l) | 05/18/11 | J | | |
| 17. -Juniper Network Inc (JNPR) | | None | K | T | Buy (add'l) | 01/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deere & Company (DE) | A | Dividend | | | Buy | 01/12/11 | K | | |
| 19. Deere & Company (DE) | A | Dividend | | | Sold | 05/09/11 | K | B | |
| 20. Apache Corp (APA) | A | Dividend | | | Buy | 01/20/11 | K | | |
| 21. Apache Corp (APA) | A | Dividend | | | Buy (add'l) | 01/27/11 | J | | |
| 22. Apache Corp (APA) | A | Dividend | | | Sold (part) | 01/28/11 | K | A | |
| 23. Apache Corp (APA) | A | Dividend | | | Sold (part) | 02/02/11 | K | A | |
| 24. Apache Corp (APA) | A | Dividend | | | Sold | 06/23/11 | J | A | |
| 25. Wabco Hldgs Inc Com (WBC) | | None | | | Buy | 02/04/11 | J | | |
| 26. Wabco Hldgs Inc Com (WBC) | | None | | | Buy (add'l) | 02/07/11 | J | | |
| 27. Wabco Hldgs Inc Com (WBC) | | None | | | Buy (add'l) | 02/28/11 | J | | |
| 28. Wabco Hldgs Inc Com (WBC) | | None | | | Sold | 05/09/11 | K | C | |
| 29. General Motors (GM) | | None | | | Buy | 02/08/11 | J | | |
| 30. General Motors (GM) | | None | | | Sold | 04/13/11 | J | A | |
| 31. Oracle Corp (ORCL) | A | Dividend | | | Buy | 02/10/11 | K | | |
| 32. Oracle Corp (ORCL) | A | Dividend | | | Sold (part) | 04/13/11 | J | A | |
| 33. Oracle Corp (ORCL) | A | Dividend | | | Sold | 05/11/11 | J | A | |
| 34. FIDELITY ROLLOVER RETIREMENT ACCT: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Cash | A | Int./Div. | K | T | | | | | |
| 36. -Fidelity Contrafund (Mutual Fund) | A | Distribution | J | T | | | | | |
| 37. -Vale SA ADR (VALE) | A | Dividend | | | Sold | 05/09/11 | K | C | |
| 38. -Fluor Corp. (FLR) | A | Dividend | | | Sold (part) | 01/21/11 | J | C | |
| 39. -Fluor Corp. (FLR) | A | Dividend | | | Sold | 02/11/11 | K | D | |
| 40. -Oracle Corp. (ORCL) | A | Dividend | | | Sold | 05/11/11 | J | A | |
| 41. Johnson Controls Inc. (JCI) | A | Dividend | | | Sold (part) | 01/21/11 | J | C | |
| 42. Johnson Controls Inc. (JCI) | A | Dividend | | | Sold | 02/11/11 | J | C | |
| 43. Johnson Controls Inc. (JCI) | A | Dividend | | | Buy | 06/27/11 | K | | |
| 44. Johnson Controls Inc. (JCI) | A | Dividend | K | T | Buy | 07/25/11 | J | | |
| 45. General Motors Co. (GM) | | None | | | Buy | 01/28/11 | J | | |
| 46. General Motors Co. (GM) | | None | | | Buy (add'l) | 02/02/11 | J | | |
| 47. General Motors Co. (GM) | | None | | | Sold | 07/28/11 | J | A | |
| 48. EMC Corp (EMC) | | None | J | T | Buy | 02/25/11 | J | | |
| 49. Weatherford Int'l (WFT) | | None | | | Buy | 03/09/11 | J | | |
| 50. Weatherford Int'l (WFT) | | None | | | Sold | 06/23/11 | J | A | |
| 51. ISHARES Inc MSCI Japan Index Fund (EWJ) | A | Dividend | J | T | Buy | 05/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Emerson Elec. Co (EMR) | | None | | | Buy | 05/23/11 | J | | |
| 53. Emerson Elec. Co (EMR) | | None | | | Sold | 07/28/11 | J | A | |
| 54. Freeport McMoran Copper & Gold Inc. (FCX) | A | Dividend | J | T | Buy | 06/27/11 | J | | |
| 55. FIDELITY IRA: | | | | | | | | | |
| 56. -Fidelity Cash | A | Int./Div. | J | T | | | | | |
| 57. -Apple Inc. (AAPL) | | None | K | T | Buy | 11/25/11 | K | | |
| 58. -Deere & Co. (DE) | A | Dividend | | | Sold | 05/09/11 | K | | |
| 59. -Deere & Co. (DE) | A | Dividend | | | Buy | 05/25/11 | K | | |
| 60. -Deere & Co. (DE) | | | | | Sold | 10/31/11 | J | A | |
| 61. CENTURY FEDERAL CREDIT UNION (account) | A | Interest | J | T | | | | | |
| 62. FIDELITY INDIVIDUAL ACCOUNT FOR ▓▓▓▓ ▓▓▓▓ | | | | | | | | | |
| 63. -Fidelity Cash ** | A | Int./Div. | | | | | | | |
| 64. -Apple Inc. (AAPL) | | | | | Sold | 06/01/11 | J | B | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 08/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 2, 34, 55, and 62 are Headers.

Line 44 reflects the value of all shares of JCI held in that Retirement Account at year end, regardless of when those shares were purchased. I sold all of the position during the year and then repurchased an interest in more than one transaction, as reflected in lines 41–44.

Line 62-64: The ▮▮▮▮▮ Individual Account at Fidelity Investments was opened ▮▮▮ but is now inactive and **the deminimus cash balance is below the reportable amount. I have authorized access to the account. ▮▮▮▮▮▮

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 08/09/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy A. Vecchiarelli**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544